IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Turner, Jessie J | Case Number: 05 B 17531 |
|---|---|---|
| | Turner, Carla Everett | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | Filed: 5/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: June 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,385.00 | |
| Secured: | | 12,892.73 |
| Unsecured: | | 3,074.24 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,033.03 |
| Other Funds: | | 185.00 |
| Totals: | 19,385.00 | 19,385.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,200.00 | 2,200.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 12,892.73 | 12,892.73 |
| 3. | DaimlerChrysler Servs North America | Unsecured | 562.50 | 2,451.06 |
| 4. | Cingular Wireless | Unsecured | 48.83 | 212.75 |
| 5. | SBC | Unsecured | 56.36 | 245.61 |
| 6. | ECast Settlement Corp | Unsecured | 37.83 | 164.82 |
| 7. | Household Finance | Unsecured | | No Claim Filed |
| 8. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 9. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 10. | University of Chicago | Unsecured | | No Claim Filed |
| 11. | University of Illinois | Unsecured | | No Claim Filed |
| 12. | University of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,798.25 | $ 18,166.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 38.85 |
| 5.5% | 193.32 |
| 5% | 55.50 |
| 4.8% | 115.44 |
| 5.4% | 377.73 |
| 6.5% | 252.19 |
| | _____ |
| | $ 1,033.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Turner, Jessie J<br>Turner, Carla Everett<br>Printed: 9/30/08 | Case Number: 05 B 17531<br>Judge: Hollis, Pamela S<br>Filed: 5/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

